IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. WDQ-13-0457 |
| v. | : | |
| | : | |
| ROBERT M. FELDMAN, | : | (UNDER SEAL) |
| | : | |
| Defendant. | : | |

...oOo...

### ORDER SEALING INFORMATION

For the reasons set forth in the Government's *Motion to Seal Information*, it is hereby **ORDERED** this \_\_\_3RD\_\_\_ day of September, 2013, that the Information filed in the above-captioned matter be sealed, and that the *Motion to Seal* and this Order be sealed as well until further notice.

It is **FURTHER ORDERED** that the public docket shall not reflect the entry of this Order or the filing of the sealed documents so that nothing about this matter will appear on the public record and no email notices will be sent.

And it is **FURTHER ORDERED** that one (1) copy of the signed Information be provided by the Clerk to the United States Attorney's Office.

Beth P. Gesner
United States Magistrate Judge
District of Maryland