IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. WDQ-13-0457 |
| ROBERT M. FELDMAN | * |
| Defendant. | * |

*******

## MOTION TO UNSEAL INFORMATION

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said District, moves the Court for an order unsealing the Information in the above-captioned case. The grounds for the original sealing Order no longer apply and there is no need for the Information to remain sealed.

**WHEREFORE**, the government requests that the Information be unsealed.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Martin J. Clarke
Assistant United States Attorney

**ORDERED** as prayed, this 5th day of September, 2013.

_____
Beth P. Gesner
United States Magistrate Judge
District of Maryland